# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR BURKE<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CHO and M. MICHELLE AUSTIN, a general partnership, dba Der Wienerschnitzel # 509; D.S. DUNLAP SYDNEY J. DAVIS and KONSTANTINE P. GEORGE, individually and as Trustees of the Dorothy Dunlap Trust; BAYSHORE OIL COMPANY, INC. a California corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-04391-MWF-JEM<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Eleanor Burke ("Plaintiff") and Defendants, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 8, 2017

_____
UNITED STATES DISTRICT COURT JUDGE